THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Daniel Cook, Appellant.
 
 
 

Appeal From Aiken County
 James R. Barber, Circuit Court Judge
Unpublished Opinion No.  2008-UP-096
Submitted February 1, 2008  Filed
 February 11, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Barbara R.
 Morgan,  of Aiken, for Respondent.
 
 
 

PER CURIAM:   Daniel
 Cook appeals from his guilty plea to criminal sexual conduct with a minor,
 second degree.  The plea judge sentenced him to twelve years jail time.  Cooks
 counsel attached a petition to be relieved, stating he reviewed the record and
 concluded this appeal lacks merit.  Cook filed a pro se brief
 along with the petition.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Cooks appeal
 and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
HEARN,
 C.J., PIEPER, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant
 to Rule 215, SCACR.